# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JOSEPH WILLIAM BERRY,
a/k/a JOSEPH W. BARRY,
a/k/a/ JOSEPH WILLIAM BARRY,
Inmate Number 905056,

    Plaintiff,

v.

Case No. CV408-201

SAVANNAH CHATHAM COUNTY
METROPOLITAN POLICE
DEPARTMENT; DELMONTE
HUNT; JOHN SMITH,

    Defendants.

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22 day of June, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA